IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| LINDA FERRELL, ) | Civil Action No. _____ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | COMPLAINT |
| ) | |
| CBE GROUP, ) | |
| ) | |
| Defendant. ) | |

COMPLAINT

Plaintiff Linda Ferrell, by her attorney Ray Johnson, for her claims against the Defendant states:

I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant CBE violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and for violations of Iowa Code § 537.7103.

II. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

1

### III. PARTIES

3. Plaintiff Ferrell is a natural person residing in Des Moines, Iowa.

4. Defendant, CBE Group (hereinafter "CBE"), is a business engaged in the collection of debts in the state of Iowa with its principal place of business located in Waterloo, Iowa.

5. CBE is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### IV. FACTUAL ALLEGATIONS

6. Ferrell has an alleged debt being collected by CBE.

7. On or about April 25, 2013, Ferrell sent a notice to CBE demanding they cease communication with her regarding collection of the debt.

8. Despite the notice, CBE continued to contact Ferrell repeatedly.

9. On or about June 10, 2013, Iowa Legal Aid sent a letter to CBE on Ferrell's behalf, demanding that CBE cease communications with Ferrell regarding the debt.

10. Despite the demand from Iowa Legal Aid, CBE continued to call repeatedly.

11. On or about November 2, 2013, Ferrell contacted CBE and told them she was represented an attorney, and gave the attorney's name and phone number. She told CBE that all additional contacts needed to be made through her lawyer.

12. After CBE knew that Ferrell was represented by an attorney, it continued to call repeatedly.

13. After the time Ferrell first informed CBE not to contact her, CBE made far more than 100 calls to Ferrell.

### V. FIRST CLAIM FOR RELIEF

14. All facts and allegations of this Complaint are incorporated herein by reference.

15. CBE violated the FDCPA. CBE's violations include, but are not limited to, the following:

   a. CBE violated 15 U.S.C. § 1692c(a)(2) by contacting Ferrell after she had informed CBE she was represented by an attorney with respect to the debt.

   b. CBE violated 15 U.S.C. § 1692c(c) by communicating with a Ferrell with respect to the debt after the she had notified CBE in writing to cease communication with her.

16. As a result of the above violations of the FDCPA, CBE is liable to Ferrell for Ferrell's statutory damages, actual damages, including damages for emotional distress, costs and attorney's fees.

**WHEREFORE**, Ferrell respectfully requests that judgment be entered against CBE for the following:

   a. Actual damages;

   b. Statutory damages pursuant to 15 U.S.C. § 1692k;

   c. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k;

   d. For such other relief as the Court deems appropriate in the circumstances;

## VI. SECOND CLAIM FOR RELIEF

18. All facts and allegations of this Complaint are incorporated herein by reference.

19. CBE is a "creditor" as defined in Iowa Code § 537.7102(2).

20. The alleged obligation of Ferrell to CBE is a "debt" as defined by Iowa Code § 537.7102(3).

21. CBE is a "debt collector" engaged in "debt collection" as defined by Iowa Code §§ 537.7102(4) and (5).

22. The foregoing acts, omissions and practices of CBE are violations of Iowa Code § 537.7103, including but not limited to:

    a. CBE violated Iowa Code § 537.7103(1)(f) by taking action prohibited by this chapter or any other law.

    b. CBE violated Iowa Code § 537.7103(2)(d) by causing the telephone to ring repeatedly or continuously with the intent to harass or annoy.

    c. CBE violated Iowa Code § 537.7103(5)(e) by contacting the Plaintiff after CBE knew the Plaintiff was represented by an attorney.

23. As a result of the above violations of the Iowa Code, CBE is liable to Ferrell for statutory damages, actual damages, including damages for emotional distress, costs and attorney's fees.

    **WHEREFORE**, Plaintiff respectfully requests that judgment be entered against CBE for the following:

    a. Actual damages.

    b. Statutory damages.

    c. Costs and reasonable attorney's fees.

    d. For such other relief as the Court deems appropriate in the circumstances.

Respectfully submitted,

_/s/ Ray Johnson_

RAY JOHNSON AT004019
JOHNSON LAW FIRM
950 Office Park Rd., Suite 221
West Des Moines, Iowa 50265
Phone: 515-224-7090
Fax: 515-222-2656
Johnsonlaw29@aol.com

4