IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| LINDA FERRELL, ) | Civil Action No. 4:13-cv-00497 |
| Plaintiff, ) | |
| v. ) | DISMISSAL WITH PREJUDICE |
| CBE GROUP, ) | |
| Defendant. ) | |

Plaintiff, by her attorney Ray Johnson, hereby dismissed the above captioned matter pursuant to a settlement agreement between the parties.

Respectfully submitted,

*Ray Johnson*
RAY JOHNSON AT004019
JOHNSON LAW FIRM
950 Office Park Rd., Suite 221
West Des Moines, Iowa 50265
Phone: 515-224-7090
Fax: 515-222-2656
Johnsonlaw29@aol.com

1